# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Matrix Absence Management Inc | 12/6/2022 | 266416 | Check | $ 7,770.41 |
| Akorn Operating Company, LLC | Matrix Absence Management Inc | 12/15/2022 | 266578 | Check | $ 11,724.36 |
| Akorn Operating Company, LLC | Matrix Absence Management Inc | 2/22/2023 | 267356 | Check | $ 12,302.66 |
| | | | | | $ 31,797.43 |